IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUASHON BLAKE,** | : | **Civil No. 1:18-cv-1537** |
| **Plaintiff,** | : | |
| v. | : | |
| **WYOU, et al.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

**AND NOW**, this 6th day of August, 2018, **IT IS HEREBY ORDERED** that the complaint is **DISMISSED WITH PREJUDICE** for failure to state a federal claim.

**IT IS FURTHER ORDERED** that the motion to proceed in forma pauperis is granted only as to the costs of filing the complaint.

The clerk of court shall close this case.

                                                        s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge